In the Matter of WILLIAM JOSEPH "Q"*, a Person Alleged to be in Need of Supervision.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.